UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON, *individually and on behalf of all other similarly situated*,

           Plaintiff,

    v.

HUN SHING CORP. et al.,

           Defendants.

No. 22-CV-1681 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of two email communications sent by counsel for Defendants Hun Shing Corp. and H Optics Optometry, P.C. regarding their failure to attend the initial status conference originally scheduled for June 10, 2022, pursuant to the Court's order at docket entry 7. Counsel is reminded that "[i]t remains the duty of Filing and Receiving Users to regularly review the docket sheet of the case in order not to miss a filing." ECF Rule 13.14. The conference is hereby rescheduled to July 1, 2022 at 4:30 p.m. The dial-in information remains the same: Call-in Number: (888) 363-4749; Access Code: 1015508.

    Additionally, Defendants' motions to consolidate and to dismiss the action are denied for the reasons stated in Judge Ramos' May 16, 2022 order in *Gannon v. 31 Essex Street LLC et al.*, 22-CV-01134. Should Defendants still intend to move to dismiss the case, they may file a new motion within 30 days.

SO ORDERED.

Dated:    June 16, 2022
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge