UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN GANNON,

                Plaintiff,

      v.

HUN SHING CORPORATION, *et al.*,

                Defendants.

22-cv-1681 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On January 13, 2023, at the request of counsel for Defendants Dr. Clinton Ho and H. Optics Optometry, P.C., the Court adjourned the post-fact discovery conference previously scheduled for January 20, 2023, after counsel indicated that counsel for Plaintiff had not responded to repeated requests for discovery. *See* Dkt. 29. Counsel further indicated that they anticipated moving to dismiss the Complaint in this action given Plaintiff's failure to provide discovery. *See id.* As of today's date, no motion to dismiss has been filed.

    A telephonic conference is hereby scheduled for April 24, 2023 at 3:00 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#. No later than April 21, 2023, the parties shall file a joint letter updating the Court on the status of discovery in this action. Failure to appear at the conference and/or submit the status letter may result in dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:    April 18, 2023
              New York, New York

                                                              Hon. Ronnie Abrams
                                                               United States District Judge