UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN GANNON, individually and on behalf of all others similarly situated,

                Plaintiff,

v.

HUN SHING CORP. and H OPTICS OPTOMETRY P.C.,

                Defendants.

No. 22-cv-1681(RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has come to the Court's attention that the stipulation of voluntary dismissal filed on May 10, 2023 did not dismiss all parties or the action in its entirety. *See* Dkt. 33 (dismissing only Plaintiff's claims against Defendant H Optics Optometry P.C.). No later than April 7, 2025, the parties shall notify the Court whether they wish to dismiss (1) Plaintiff's claims against Hun Shing Corp., (2) Hun Shing Corp.'s cross-claim against H Optics Optometry, and (3) H Optics Optometry's cross-claim against Hun Shing Corp.

SO ORDERED.

Dated:    March 31, 2025
             New York, New York

                                                                     Ronnie Abrams
                                                                     United States District Judge