UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON,<br><br>                    Plaintiff,<br><br>        v.<br><br>HUN SHING CORP. and H OPTICS OPTOMETRY P.C.,<br><br>                    Defendants. | No. 22-cv-1681 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 31, 2025, the Court ordered the parties to notify the Court by April 7, 2025 whether they wished to pursue (1) Plaintiff's claims against Hun Shing Corp., (2) Hun Shing Corp.'s cross-claim against H Optics Optometry, and (3) H Optic Optometry's cross-claim against Hun Shing Corp.  Hun Shing Corp. filed a response on April 7, 2025 urging the Court to dismiss Plaintiff's claim against it for failure to prosecute, as Plaintiff had taken no action on that claim for two years.  No response was filed by Plaintiff and H Optics Optometry.

Plaintiff and H Optics Optometry shall file a response to the Court's order no later than April 25, 2025.  Failure to do so will result in dismissal of their claims pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      April 14, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge