UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN GANNON,

                         Plaintiff,

              v.

HUN SHING CORP. and H OPTICS
OPTOMETRY P.C.,

                        Defendants.

No. 22-cv-1681 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On May 5, 2025, the Court dismissed Plaintiff Stephen Gannon's claims against Defendant Hun Shing, as well as Defendant H Optics' cross-claim against Hun Shing. It also ordered Hun Shing to notify the Court by May 19, 2025 whether it wished to pursue its remaining cross-claim against H Optics. To date, Hun Shing has not filed a submission in response to that order. It shall do so no later than May 30, 2025. Failure to respond will result in dismissal of Hun Shing's cross-claim under Federal Rule of Civil Procedure 41.

SO ORDERED.

Dated:    May 23, 2025
             New York, New York

_____

Ronnie Abrams
United States District Judge